**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alex J Russell, | No. CV-21-08227-PCT-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| United States Marshals Service, | |
| Defendant. | |

On April 11, 2022, the Court granted Defendant U.S. Marshal Service's Motion to Dismiss. (Doc. 18.) However, because the Court found that it was not absolutely clear that Plaintiff could not cure his Complaint's deficiencies, the Court granted Plaintiff leave to file a Second Amended Complaint ("SAC"). (*Id.* at 2–3.) The Court provided Plaintiff with a 30-day window in which to file his SAC. (*Id.* at 3.) That window is now closed, and Plaintiff has not filed a SAC.

Therefore,

**IT IS ORDERED** dismissing this case without prejudice.

**IT IS FURTHER ORDER** instructing the Clerk to enter judgement and terminate this case.

Dated this 1st day of June, 2022.

Honorable Susan M. Brnovich
United States District Judge